## Commonwealth *v.* DeRewal, Appellant.

Argued September 14, 1971. *Harold B. Vikoren,* for appellant; *Alan M. Neff,* Assistant Attorney General, with him *Kenneth G. Biehn,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fortune, Appellant.

Submitted September 13, 1971. *Leonard Turner,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.